Date:  08/14/09                                                                                                                                        Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-11911 - JOHNSON, ROBERT G

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba Wal Mart Discover Card<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000004 | 161.80 | 2.02 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | 000006 | 286.68 | 3.58 |
| Fia Card Services NABank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City OK 73124-8809 | 000010 | 104.38 | 1.30 |
| ---------- Remittance Total --------------- | | 552.86 | 6.90 |

STEVEN L. SPETH, Trustee

FILED
AT WICHITA, KS
AUG 17 2009
CLERK
U.S. Court of Bankruptcy
By_____ Deputy

COURT1                                                                                                       Printed: 08/14/09 09:38 AM    Ver: 14.31c